10/8/12

Dear Judge Chapman—

My name is Jennifer Scott. I am writing to you in behalf of my husband George & myself. George retired under the coal act. We are supposed to have 100% coverage after we have met our small deductibles.

He worked 38 years in the mines. He got credit for 30. Couldn't find men to sign off on the other 8 years.

George is 81 now. He has diabetes — 4 shots a day, HBP, dementia — he takes aricept 23 & Namenda. It was like pulling teeth to get them to pay for the aricept 23. He has taken the Excelon patch & it quit working, when that happened he couldn't find the bathrooms in the house & didn't know what a phone was. He has Hyperlipidemia & alot of stuff. I take sole care of him. This means I can not go out

and get a job. He has a shot before breakfast, before lunch, + before dinner + 1 at night. He is not able to do this. He can not dial a phone or even change the channel by remote.

He has worked hard in his life + it is <u>not fair</u> to put us through <u>this</u> aggravation of worrying if we are going to have health care coverage. I can not buy our medications with what he draws.

There is thousands of miners in the same situation we are in. I was taught you don't buy anything that you can not pay for. Maybe the parents of the head of patriot needed to teach him that. But I don't think <u>we</u> should be punished for his <u>poor</u> business practices.

Please let God help you in your decision.

Thank you —
Jennifer Scott — Ph. 304-524-2416
2390 Straight Fork Alkol, WV