**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| PATRIOT COAL CORPORATION, et al., | : Case No. 12-12900 (SCC) |
| | : |
| Debtors. | : Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER DENYING THE MOTION OF PATRICIA WILLITS, WILLIAM G. PARROTT, JR., AND DON PETRIE, TRUSTEE FOR THE PPW ROYALTY TRUST, FOR RELIEF FROM AUTOMATIC STAY

Upon the motion (the "**Motion**") of Patricia Willits, William G. Parrott, Jr., and

Don Petrie, Trustee for the PPW Royalty Trust, (collectively, the "**Movants**")[1] for relief

from the Automatic Stay pursuant to 11 U.S.C. § 362(d) [ECF No. 339]; and the Court

having jurisdiction to consider the Motion and the relief requested therein pursuant to 28

U.S.C. §§ 157 and 1334 and Standing Order M-61 Referring to Bankruptcy Judges for

the Southern District of New York Any and All Proceedings Under Title 11, dated July

10, 1984 (Ward, Acting C.J.) as amended by Standing Order M-431, dated February 1,

2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core

proceeding the Bankruptcy Court can determine pursuant to 28 U.S.C. § 157(b); and the

Motion having been served in accordance with the Order Establishing Certain Notice,

Case Management and Administrative Procedures entered in these jointly administered

cases on July 16, 2012 [ECF No. 84]; and upon the objection to the Motion filed by the

Debtors; and a hearing having been conducted on October 11, 2012 (the "**Hearing**"); and

upon the record of the Hearing, and the Court having found that cause was not

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Motion.

demonstrated to grant the Motion or to lift the automatic stay; and after due deliberation

it is hereby

ORDERED, that the Motion is denied without prejudice; and it is further

ORDERED, that, pursuant to section 362(a) of the Bankruptcy Code, the Movants

are hereby stayed from the continuation as to the Debtors of the Appeal, Case Number

ED 98674 pending before the Missouri Court of Appeals, Eastern District, in all respects;

and it is further

ORDERED that, pursuant to section 362(a) of the Bankruptcy Code, the Movants

are stayed from the commencement or continuation of any proceeding against the

Debtors, except upon further order of this Court granting relief from the automatic stay or

except upon termination of the stay by operation of law; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
       October 17, 2012


                                   /S/ Shelley C. Chapman
                                   HONORABLE SHELLEY C. CHAPMAN
                                   UNITED STATES BANKRUPTCY JUDGE