**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PATRIOT COAL CORPORATION, *et al.*,** | **Case No. 12-12900 (SCC)** |
| **Debtors.** | **(Jointly Administered)** |

**ORDER TRANSFERRING VENUE OF THE CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MISSOURI**

The Court having issued a Memorandum Decision on Motions to Transfer Venue Pursuant to 28 U.S.C. § 1412, which was entered on November 27, 2012 [ECF No. 1629], it is hereby:

ORDERED that the Debtors' jointly administered chapter 11 cases[1] and the associated adversary proceedings[2] (collectively, the "**Cases**") are hereby transferred to the United States Bankruptcy Court for the Eastern District of Missouri, effective as of the date hereof; and it is further

ORDERED that the Clerk of the United States Bankruptcy Court for the Southern District of New York is authorized and directed to take all actions necessary to effectuate the transfer of the Cases to the United States Bankruptcy Court for the Eastern District of Missouri; and it is further

[1] A list of the Debtors' chapter 11 cases is set forth on Schedule 1 attached hereto.

[2] A list of the associated adversary proceedings is set forth on Schedule 2 attached hereto.

ORDERED that all orders previously entered in the Cases shall remain in full force and effect in accordance with their terms notwithstanding the transfer of venue.

Dated: December 19, 2012
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

# Schedule 1

## Chapter 11 Cases

| Debtor | Case Number |
|---|---|
| Affinity Mining Company | 12-12902 |
| Apogee Coal Company, LLC | 12-12903 |
| Appalachia Mine Services, LLC | 12-12904 |
| Beaver Dam Coal Company, LLC | 12-12905 |
| Big Eagle, LLC | 12-12906 |
| Big Eagle Rail, LLC | 12-12907 |
| Black Stallion Coal Company, LLC | 12-12908 |
| Black Walnut Coal Company | 12-12909 |
| Bluegrass Mine Services, LLC | 12-12910 |
| Brook Trout Coal, LLC | 12-12911 |
| Catenary Coal Company, LLC | 12-12913 |
| Central States Coal Reserves of Kentucky, LLC | 12-12914 |
| Charles Coal Company, LLC | 12-12916 |
| Cleaton Coal Company | 12-12917 |
| Coal Clean LLC | 12-12918 |
| Coal Properties, LLC | 12-12919 |
| Coal Reserve Holding Limited Liability Company No. 2 | 12-12920 |
| Colony Bay Coal Company | 12-12921 |
| Cook Mountain Coal Company, LLC | 12-12922 |
| Corydon Resources LLC | 12-12923 |
| Coventry Mining Services, LLC | 12-12924 |
| Coyote Coal Company LLC | 12-12925 |
| Cub Branch Coal Company LLC | 12-12926 |
| Dakota LLC | 12-12927 |
| Day LLC | 12-12928 |
| Dixon Mining Company, LLC | 12-12929 |
| Dodge Hill Holding JV, LLC | 12-12930 |
| Dodge Hill Mining Company, LLC | 12-12931 |
| Dodge Hill of Kentucky, LLC | 12-12932 |
| EACC Camps, Inc. | 12-12933 |
| Eastern Associated Coal, LLC | 12-12934 |
| Eastern Coal Company, LLC | 12-12935 |
| Eastern Royalty, LLC | 12-12936 |
| Emerald Processing, L.L.C. | 12-12937 |
| Gateway Eagle Coal Company, LLC | 12-12938 |
| Grand Eagle Mining, LLC | 12-12939 |
| Heritage Coal Company LLC | 12-12940 |
| Highland Mining Company, LLC | 12-12941 |
| Hillside Mining Company | 12-12942 |
| Hobet Mining, LLC | 12-12943 |
| Indian Hill Company LLC | 12-12944 |
| Infinity Coal Sales, LLC | 12-12945 |
| Interior Holdings, LLC | 12-12946 |
| IO Coal LLC | 12-12947 |
| Jarrell's Branch Coal Company | 12-12948 |
| Jupiter Holdings LLC | 12-12949 |
| Kanawha Eagle Coal, LLC | 12-12950 |
| Kanawha River Ventures I, LLC | 12-12951 |

| **Debtor** | **Case Number** |
|---|---|
| Kanawha River Ventures II, LLC | 12-12952 |
| Kanawha River Ventures III, LLC | 12-12953 |
| KE Ventures, LLC | 12-12954 |
| Little Creek LLC | 12-12955 |
| Logan Fork Coal Company | 12-12956 |
| Magnum Coal Company LLC | 12-12957 |
| Magnum Coal Sales LLC | 12-12958 |
| Martinka Coal Company, LLC | 12-12959 |
| Midland Trail Energy LLC | 12-12960 |
| Midwest Coal Resources II, LLC | 12-12961 |
| Mountain View Coal Company, LLC | 12-12962 |
| New Trout Coal Holdings II, LLC | 12-12963 |
| Newtown Energy, Inc. | 12-12964 |
| North Page Coal Corp. | 12-12965 |
| Ohio County Coal Company, LLC | 12-12966 |
| Panther LLC | 12-12967 |
| Patriot Beaver Dam Holdings, LLC | 12-12898 |
| Patriot Coal Company, L.P. | 12-12968 |
| Patriot Coal Corporation | 12-12900 |
| Patriot Coal Sales LLC | 12-12969 |
| Patriot Coal Services LLC | 12-12970 |
| Patriot Leasing Company LLC | 12-12971 |
| Patriot Midwest Holdings, LLC | 12-12972 |
| Patriot Reserve Holdings, LLC | 12-12973 |
| Patriot Trading LLC | 12-12974 |
| PCX Enterprises, Inc. | 12-12899 |
| Pine Ridge Coal Company, LLC | 12-12975 |
| Pond Creek Land Resources, LLC | 12-12976 |
| Pond Fork Processing LLC | 12-12977 |
| Remington Holdings LLC | 12-12978 |
| Remington II LLC | 12-12979 |
| Remington LLC | 12-12980 |
| Rivers Edge Mining, Inc. | 12-12981 |
| Robin Land Company, LLC | 12-12982 |
| Sentry Mining, LLC | 12-12983 |
| Snowberry Land Company | 12-12984 |
| Speed Mining LLC | 12-12985 |
| Sterling Smokeless Coal Company, LLC | 12-12986 |
| TC Sales Company, LLC | 12-12987 |
| The Presidents Energy Company LLC | 12-12988 |
| Thunderhill Coal LLC | 12-12989 |
| Trout Coal Holdings, LLC | 12-12990 |
| Union County Coal Co., LLC | 12-12991 |
| Viper LLC | 12-12992 |
| Weatherby Processing LLC | 12-12993 |
| Wildcat Energy LLC | 12-12994 |
| Wildcat, LLC | 12-12995 |
| Will Scarlet Properties LLC | 12-12996 |
| Winchester LLC | 12-12997 |
| Winifrede Dock Limited Liability Company | 12-12998 |
| Yankeetown Dock, LLC | 12-12999 |

## Schedule 2

## Adversary Proceedings

| Adversary Proceeding | Case Number |
|---|---|
| Eastern Royalty LLC f/k/a Eastern Royalty Corp. v. Boone East Development Co., Performance Coal Co. | 12-01786 |
| Magnum Coal Company LLC v. RoyaltyCo, LLC | 12-01791 |
| Robin Land Company, LLC v. STB Ventures, Inc. | 12-01793 |